### 12144. HEATON *v.* BROCK.

HILL, J. This was a horse-swap case, and the action was based upon the failure of warranty of title. The motion for a new trial, filed by the defendant, was upon the general grounds. While the evidence was highly conflicting, there was some evidence to support the verdict for the plaintiff; and the judgment refusing to grant a new trial is therefore affirmed.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MAY 14, 1921.

Complaint; from Carroll superior court — Judge Terrell. December 23, 1921.

*Boykin & Boykin,* for plaintiff in error.

*Smith & Smith,* contra.